IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **SHARRARD STAGGERS,** <br><br> **Plaintiff,** <br><br> v. <br><br> **GEORGIA DEPARTMENT OF HUMAN SERVICES, CANDICE BROSE** *Commissioner of DHS*, **VALDOSTA POLICE DEPARTMENT, and LESLIE MANAHAN,** *Chief of VPD*, <br><br> **Defendants.** | **CASE NO:** <br> **7:24-cv-35 - WLS** |

## ORDER

Presently before the Court is a Notice of Dismissal Without Prejudice (Doc. 4) ("Notice") filed April 23, 2024, by *pro se* Plaintiff. Therein, Plaintiff notifies the Court that he inadvertently filed this lawsuit due to "unwanted legal advice and instruction that were given to me at that time."

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "[T]he Plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" None of the Defendants have filed an answer or motion for summary judgment in this matter.

Accordingly, for the purpose of completing the record, the Court acknowledges and **CONFIRMS** Plaintiffs' Notice. The above-captioned action is **DISMISSED, WITHOUT PREJUDICE,** as to all Defendants. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 26th day of April 2024.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**